UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-2211 (L)
(1:16-cv-03363-RDB)

_____

DR. AMR FAWZY

    Plaintiff - Appellant

v.

WAUQUIEZ BOATS SNC

    Defendant - Appellee

_____

O R D E R

_____

The court directs the parties to file simultaneous supplemental briefs, of no more than ten pages, explaining their respective positions on the question of appellate jurisdiction in these appeals.

The parties shall file four paper copies and an electronic copy of the briefs on or before September 5, 2017.

                  For the Court

                  /s/ Patricia S. Connor, Clerk